UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Walsh,<br><br>                    Plaintiff,<br><br>   -against-<br><br>Enhanced Recovery Company, LLC,<br><br>                    Defendant. | Civil Action No.: 12 CV 4048<br><br>ECF Case (CS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff David Walsh, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant Enhanced Recovery Company, LLC.

Date: July 6, 2012

                                                      _____
                                                      Samuel A. Ehrenfeld
                                                      FREDRICK SCHULMAN & ASSOCIATES
                                                      *Attorneys for Plaintiff*
                                                      30 East 29th Street
                                                      New York, New York 10016
                                                      (212) 796-6053

The Clerk shall close the case.

SO ORDERED:

_____
Cathy Seibel, U.S.D.J.

Dated: July 13, 2012